| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| DISTRICT OF COLORADO | |
| Case number (if known) _____ | Chapter  9 |
| | ☐ Check if this an amended filing |

18-13078

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Sand Hills Metropolitan District** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 76-0784669 | |
| 4. | Debtor's address | **Principal place of business**<br><br>c/o C.R.S. of Colorado, LLC<br>7995 E. Prentice Avenue, Suite 103E<br>Englewood, CO 80111<br>Number, Street, City, State & ZIP Code<br><br>Weld<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☒ Other. Specify:  **Municipality** | |

Debtor  **Sand Hills Metropolitan District**     Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ■ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ■ Chapter 9
- ☐ Chapter 11. *Check all that apply:*
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ■ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship |
|---|---|---|
| District | When | Case number, if known |

Debtor  **Sand Hills Metropolitan District**        Case number (if known) _____
      Name

**11. Why is the case filed in this district?**

Check all that apply:

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? (Check all that apply.)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

Where is the property? _____
Number, Street, City, State & ZIP Code

Is the property insured?
☐ No
☐ Yes.   Insurance agency _____
      Contact name _____
      Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor    **Sand Hills Metropolitan District**                                    Case number (*if known*)
          Name

### Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   April 16, 2018
              MM / DD / YYYY

X  _/s/ Robert A. Lembke_                              **Robert A. Lembke**
   Signature of authorized representative of debtor     Printed name

Title  **President**

**18. Signature of attorney**

X  _/s/ David V. Wadsworth_                            Date **April 16, 2018**
   Signature of attorney for debtor                         MM / DD / YYYY

**David V. Wadsworth 32066**
Printed name

**Wadsworth Warner Conrardy, P.C.**
Firm name

**2580 West Main Street**
**Suite 200**
**Littleton, CO 80120**
Number, Street, City, State & ZIP Code

Contact phone  **303-296-1999**     Email address  **dwadsworth@wwc-legal.com**

**32066 CO**
Bar number and State

List of Creditors

| Name | c/o | Address | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|
| BILL BARRETT CORPORATION | c/o KE Andrews | 3615 S Huron St, Ste 200 | Englewood | CO | 80110-3494 | O&G Leasehold | $2,518,189.85 |
| FRITZLER RESOURCES INC | | PO Box 114 | Fort Morgan | CO | 80701 | O&G Leasehold | $1,690.15 |
| PDC ENERGY INC | | 120 Genesis Blvd. | Bridgeport | WV | 26330-9665 | O&G Leasehold | $97,594.75 |
| NOBLE ENERGY INC | c/o K E Andrews & Company | 3615 S Huron St, Ste 200 | Englewood | CO | 80110 | O&G Leasehold | $4,941,084.50 |
| CSI COMPRESSCO LEASING LLC | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75085-5526 | Personal Property | $140.25 |
| ARCHROCK SERVICES LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | $24,421.10 |
| ARCHROCK PARTNERS LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | Unknown |
| CRESTONE PEAK RESOURCES, LP | c/o Merit Appraisal & Tax Consulting LP | PO Box 330 | Gainesville | TX | 76241-0330 | Personal Property | Unknown |
| BONANZA CREEK ENERGY INC | Attn: Jay Crandell Tax Director | 410 17th St. Ste 1400 | Denver | CO | 80202-4427 | O&G Leasehold | $12,712,409.60 |
| CDM RESOURCE MANAGEMENT | c/o Property Tax Partners | 5068 W Plano Pkwy Ste 300 | Plano | TX | 75093-4409 | Personal Property | $414,722.00 |
| AGGREKO LLC | c/o Advanced Property Tax Compliance | 1611 N Interstate 35E Ste 428 | Carrollton | TX | 75006-8616 | Personal Property | $312.40 |
| FLOGISTIX | c/o Merit Advisors LP | PO Box 330 | Gainesville | TX | 76241-0330 | Personal Property | $30,419.95 |
| J-W POWER COMPANY | c/o CTMI | PO Box 741328 | Dallas | TX | 75374 | Personal Property | $162,090.50 |
| DCP MIDSTREAM, LP | Attn: Property Tax | 370 17th St Ste 2500 | Denver | CO | 80202-5604 | Personal Property | $200,725.80 |
| LEMBKE ROBERT A | | 8301 E Prentice Ave. Ste 100 | Greenwood Village | CO | 80111-2904 | Surface Owner | $150.70 |
| S L W RANCH COMPANY | | 822 7th St Ste 760 | Greeley | CO | 80631-3943 | Surface Owner | $1,523.50 |
| 70 RANCH LLC | | 8301 E Prentice Ave. Ste 100 | Greenwood Village | CO | 80111-2904 | Surface Owner | $53,364.85 |
| PUBLIC SERVICE CO OF COLO (XCEL) | Tax Services Dept. | PO Box 1979 | Denver | CO | 80201-1979 | Utility | $119.35 |
| OVERLAND PASS PIPELINE LLC | Property Tax | PO Box 2400 MD 46-4 | Tulsa | OK | 74102-2400 | Utility | $129,294.00 |
| ENCANA OIL & GAS (USA) INC | c/o Merit Appraisal & Tax Consulting LP | PO Box 330 | Gainesville | TX | 76241-0330 | O&G Leasehold | $1,072,309.70 |
| ANADARKO WATTENBERG OIL COM | c/o Travis Holland - APC Property Tax | PO Box 173779 | Denver | CO | 80217-3779 | O&G Leasehold | Unknown |
| AXIP LEASING COMPANY LLC | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75088-5526 | Personal Property | Unknown |
| TH RANCH LLC | | 34555 County Road 50 | Kersey | CO | 80644-9419 | Surface Owner | $0.55 |
| KERR MCGEE GATHERING LLC | Attn: Travis Holland | 1099 18th St. Ste 1800 | Denver | CO | 80202 | Utility | $6,874.45 |
| EES LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | $966.90 |
| RED RIVER COMPRESSION SERVICES LLC | | 3 Riverway Ste 1025 | Houston | TX | 77056-1956 | Personal Property | $1,593.35 |
| EXLP LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | $47,215.85 |
| COMPRESSOR SYSTEMS INC | c/o K E Andrews & Company | 1900 Dalrock Rd. | Rowlett | TX | 75088-5526 | Personal Property | $32,230.00 |
| WATTENBERG HOLDING LLC | 6120 S. Yale Avenue | Ste 700 | Tulsa | OK | 74136 | Personal Property | $6,557.65 |
| CDM RESOURCE MANAGEMENT | | 800 E. Sonterra Blvd Ste. 400 | San Antonio | TX | 78258 | Personal Property | Unknown |
| BAKERCORP | | 3020 Old Ranch Pkwy #220 | Seal Beach | CA | 90740 | Personal Property | $693.55 |
| PASON SYSTEMS USA CORP | | PO Box 1429 | Golden | CO | 80402-1429 | Personal Property | $345.95 |
| AXIP ENERGY SERVICES LP | | PO Box 802206 | Dallas | TX | 75380-2206 | Personal Property | $23,998.70 |
| FRONT RANGE PIPELINE COMPANY | Property Tax Dept. | PO Box 4018 | Houston | TX | 77210-4018 | Utility | $1,905.20 |
| NABORS LUX FINANCE 2 | NCS Tax Dept. | PO Box 670866 | Houston | TX | 77267-0866 | O&G Leasehold | $86,577.15 |
| ENSIGN UNITED STATES DRILLING IN | c/o K E Andrews & Company | 3615 S Huron St, Ste 200 | Englewood | CO | 80110 | O&G Leasehold | $146,832.95 |
| NATURAL GAS SERVICES GROUP INC | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75088 | Personal Property | $790.35 |
| COMPRESSCO LEASING LLC | | 101 Park Ave. Ste 1200 | Oklahoma City | OK | 73102-7207 | Personal Property | $562.10 |
| COMPRESSCO PARTNERS SUB INC | | 101 Park Ave. Ste 1200 | Oklahoma City | OK | 73102 | | $7,000,000.00 |
| PETROLEUM DEVELOPMENT CORP | c/o K E Andrews & Company | 3615 S Huron St, Ste 200 | Englewood | CO | 80110-3494 | O&G Leasehold | $408,187.45 |
| SST ENERGY CORP | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75088 | O&G Leasehold | $53,550.75 |
| MID CONTINENT DRILLING | | 14090 Southwest Fwy Ste 300 | Sugar Land | TX | 77478 | O&G Leasehold | $2,649.90 |
| TEXAS AMERICAN RESOURCES COMPANY | | 401 Congress Ave Ste 1600 | Austin | TX | 78701 | O&G Leasehold | $477,466.00 |
| COMPRESSCO FIELD SERVICE INC | Attn: Peris Ngethe | 101 Park Ave. Ste 1200 | Oklahoma City | OK | 73102 | Personal Property | $1,922.80 |
| PETERSON VERA | c/o Farmers Reservoir & Irrigation | 80 South 27th Ave | Brighton | CO | 80601 | | $114.40 |
| ANADARKO LAND CORP | | PO Box 1330 | Houston | TX | 77251-1330 | Personal Property | $2,669.70 |
| RED WILLOW PRODUCTION LLC | | PO Box 369 | Ignacio | CO | 81137 | O&G Leasehold | $230,379.60 |
| RICHARD D. FOERSTER | | 22846 Hale Avenue | Parker | CO | 80138 | Surface Owner | Unknown |
| KELLI KLEIN | | 5256 S. Jericho Way | Centennial | CO | 80015 | Surface Owner | Unknown |
| JAMES KORPAL | | 8735 E. Eastman Avenue | Denver | CO | 80231 | Surface Owner | $441.00 |
| KARIN B. LUNDEEN | | 17743 E. oakwood Place | Aurora | CO | 80016 | Surface Owner | $178.21 |
| JACK W. MEYERS | | 25068 East Roxbury Place | Aurora | CO | 80016 | Surface Owner | $17.72 |
| LYNN C. SCHNURR | | 23791 E. Glasgow Place | Aurora | CO | 80016 | Surface Owner | Unknown |
| STEVEN G. SHOEMAKER | | PO Box 1032 | Central City | CO | 80427-1032 | Surface Owner | Unknown |
| HARIS TUZINOVIC | | 215 Spruce Road | Golden | CO | 80401 | Surface Owner | Unknown |
| WELD COUNTY | Board of County Commissioners | 1150 O Street | Greeley | CO | 80632 | Government | Notice |
| TOWN OF LOCHBUIE | | 703 Weld County Road 37 | Lochbuie | CO | 80603 | Government | Unknown |
| STATE OF COLORADO | Office of the Governor | 136 State Capital Building | Denver | CO | 80203 | Government | Notice |
| STATE OF COLORADO | Office of the Attorney General | 1300 Broadway | Denver | CO | 80203 | Government | Notice |

Amounts listed are principal amounts of taxes paid from 2009-2017. These amounts are undisputed. Any claims for interest or penalties are disputed.

List of Creditors

| Creditor | c/o | Address | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|
| BILL BARRETT CORPORATION | c/o KE Andrews | 3615 S Huron St, Ste 200 | Englewood | CO | 80110-3494 | O&G Leasehold | $2,518,189.85 |
| FRITZLER RESOURCES INC | | PO Box 114 | Fort Morgan | CO | 80701 | O&G Leasehold | $1,690.15 |
| PDC ENERGY INC | | 120 Genesis Blvd. | Bridgeport | WV | 26330-9665 | O&G Leasehold | $97,594.75 |
| NOBLE ENERGY INC | c/o K E Andrews & Company | 3615 S Huron St, Ste 200 | Englewood | CO | 80110 | O&G Leasehold | $4,941,084.50 |
| CSI COMPRESSCO LEASING LLC | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75085-5526 | Personal Property | $140.25 |
| ARCHROCK SERVICES LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | $24,421.10 |
| ARCHROCK PARTNERS LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | Unknown |
| CRESTONE PEAK RESOURCES, LP | c/o Merit Appraisal & Tax Consulting LP | PO Box 330 | Gainesville | TX | 76241-0330 | Personal Property | Unknown |
| BONANZA CREEK ENERGY INC | Attn: Jay Crandell Tax Director | 410 17th St. Ste 1400 | Denver | CO | 80202-4427 | O&G Leasehold | $12,712,409.60 |
| CDM RESOURCE MANAGEMENT | c/o Property Tax Partners | 5068 W Plano Pkrwy Ste 300 | Plano | TX | 75093-4409 | Personal Property | $414,722.00 |
| AGGREKO LLC | c/o Advanced Property Tax Compliance | 1611 N Interstate 35E Ste 428 | Carrollton | TX | 75006-8616 | Personal Property | $312.40 |
| FLOGISTIX | c/o Merit Advisors LP | PO Box 330 | Gainesville | TX | 76241-0330 | Personal Property | $30,419.95 |
| J-W POWER COMPANY | c/o CTMI | PO Box 741328 | Dallas | TX | 75374 | Personal Property | $162,090.50 |
| DCP MIDSTREAM, LP | Attn: Property Tax | 370 17th St Ste 2500 | Denver | CO | 80202-5604 | Personal Property | $200,725.80 |
| LEMBKE ROBERT A | | 8301 E Prentice Ave. Ste. 100 | Greenwood Village | CO | 80111-2904 | Surface Owner | $150.70 |
| S L W RANCH COMPANY | | 822 7th St Ste 760 | Greeley | CO | 80631-3943 | Surface Owner | $1,523.50 |
| 70 RANCH LLC | | 8301 E Prentice Ave. Ste 100 | Greenwood Village | CO | 80111-2904 | Surface Owner | $53,364.85 |
| PUBLIC SERVICE CO OF COLO (XCEL) | Tax Services Dept. | PO Box 1979 | Denver | CO | 80201-1979 | Utility | $119.35 |
| OVERLAND PASS PIPELINE LLC | Property Tax | PO Box 2400 MD 46-4 | Tulsa | OK | 74102-2400 | Utility | $129,294.00 |
| ENCANA OIL & GAS (USA) INC | c/o Merit Appraisal & Tax Consulting LP | PO Box 330 | Gainesville | TX | 76241-0330 | O&G Leasehold | $1,072,309.70 |
| ANADARKO WATTENBERG OIL COMP | c/o Travis Holland - APC Property Tax | PO Box 173779 | Denver | CO | 80217-3779 | O&G Leasehold | Unknown |
| AXIP LEASING COMPANY LLC | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75088-5526 | Personal Property | Unknown |
| TH RANCH LLC | | 34555 County Road 50 | Kersey | CO | 80644-9419 | Surface Owner | $0.55 |
| KERR MCGEE GATHERING LLC | Attn: Travis Holland | 1099 18th St Ste 1800 | Denver | CO | 80202 | Utility | $6,874.45 |
| EES LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | $966.90 |
| RED RIVER COMPRESSION SERVICES LLC | | 3 Riverway Ste 1025 | Houston | TX | 77056-1956 | Personal Property | $1,593.35 |
| EXLP LEASING LLC | c/o L.B. Walker & Associates | 13111 Northwest Fwy Ste 125 | Houston | TX | 77040-6321 | Personal Property | $47,215.85 |
| COMPRESSOR SYSTEMS INC | c/o K E Andrews & Company | 1900 Dalrock Rd. | Rowlett | TX | 75088-5526 | Personal Property | $32,230.00 |
| WATTENBERG HOLDING LLC | 6120 S. Yale Avenue | Ste. 700 | Tulsa | OK | 74136 | Personal Property | $6,557.65 |
| CDM RESOURCE MANAGEMENT | | 800 E. Sonterra Blvd Ste. 400 | San Antonio | TX | 78258 | Personal Property | Unknown |
| BAKERCORP | | 3020 Old Ranch Pkwy #220 | Seal Beach | CA | 90740 | Personal Property | $693.55 |
| PASON SYSTEMS USA CORP | | PO Box 1429 | Golden | CO | 80402-1429 | Personal Property | $345.95 |
| AXIP ENERGY SERVICES LP | | PO Box 802206 | Dallas | TX | 75380-2206 | Personal Property | $23,998.70 |
| FRONT RANGE PIPELINE COMPANY U | Property Tax Dept. | PO Box 4018 | Houston | TX | 77210-4018 | Utility | $1,905.20 |
| NABORS LUX FINANCE 2 | NCS Tax Dept. | PO Box 670866 | Houston | TX | 77267-0866 | O&G Leasehold | $86,577.15 |
| ENSIGN UNITED STATES DRILLING INC | c/o K E Andrews & Company | 3615 S Huron St, Ste 200 | Englewood | CO | 80110 | O&G Leasehold | $146,832.95 |
| NATURAL GAS SERVICES GROUP INC | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75088 | Personal Property | $790.35 |
| COMPRESSCO LEASING LLC | | 101 Park Ave. Ste 1200 | Oklahoma City | OK | 73102-7207 | Personal Property | $562.10 |
| COMPRESSCO PARTNERS SUB INC | | 101 Park Ave. Ste 1200 | Oklahoma City | OK | 73102 | | $7,000,000.00 |
| PETROLEUM DEVELOPMENT CORP | c/o K E Andrews & Company | 3615 S Huron St, Ste 200 | Englewood | CO | 80110-3494 | O&G Leasehold | $408,187.45 |
| SST ENERGY CORP | c/o KE Andrews | 1900 Dalrock Rd. | Rowlett | TX | 75088 | O&G Leasehold | $53,550.75 |
| MID CONTINENT DRILLING | | 14090 Southwest Fwy Ste 300 | Sugar Land | TX | 77478 | O&G Leasehold | $2,649.90 |
| TEXAS AMERICAN RESOURCES COMPANY | | 401 Congress Ave Ste 1600 | Austin | TX | 78701 | O&G Leasehold | $477,466.00 |

List of Creditors

| Creditor | Attn/Care of | Address | City | State | Zip | Type | Amount |
|---|---|---|---|---|---|---|---|
| COMPRESSCO FIELD SERVICE INC | Attn: Peris Ngethe | 101 Park Ave. Ste 1200 | Oklahoma City | OK | 73102 | Personal Property | $1,922.80 |
| PETERSON VERA | c/o Farmers Reservoir & Irrigation | 80 South 27th Ave | Brighton | CO | 80601 | | $114.40 |
| ANADARKO LAND CORP | | PO Box 1330 | Houston | TX | 77251-1330 | Personal Property | $2,669.70 |
| RED WILLOW PRODUCTION LLC | | PO Box 369 | Ignacio | CO | 81137 | O&G Leasehold | $230,379.60 |
| RICHARD D. FOERSTER | | 22846 Hale Avenue | Parker | CO | 80138 | Surface Owner | Unknown |
| KELLI KLEIN | | 5256 S. Jericho Way | Centennial | CO | 80015 | Surface Owner | Unknown |
| JAMES KORPAL | | 8735 E. Eastman Avenue | Denver | CO | 80231 | Surface Owner | $441.00 |
| KARIN B. LUNDEEN | | 17743 E. oakwood Place | Aurora | CO | 80016 | Surface Owner | $178.21 |
| JACK W. MEYERS | | 25068 East Roxbury Place | Aurora | CO | 80016 | Surface Owner | $17.72 |
| LYNN C. SCHNURR | | 23791 E. Glasgow Place | Aurora | CO | 80016 | Surface Owner | Unknown |
| STEVEN G. SHOEMAKER | | PO Box 1032 | Central City | CO | 80427-1032 | Surface Owner | Unknown |
| HARIS TUZINOVIC | | 215 Spruce Road | Golden | CO | 80401 | Surface Owner | Unknown |
| WELD COUNTY | Board of County Commissioners | 1150 O Street | Greeley | CO | 80632 | Government | Notice |
| TOWN OF LOCHBUIE | | 703 Weld County Road 37 | Lochbuie | CO | 80603 | Government | Unknown |
| STATE OF COLORADO | Office of the Governor | 136 State Capital Building | Denver | CO | 80203 | Government | Notice |
| STATE OF COLORADO | Office of the Attorney General | 1300 Broadway | Denver | CO | 80203 | Government | Notice |

Amounts listed are principal amounts of taxes paid from 2009-2017. These amounts are undisputed. Any claims for interest or penalties are disputed.